IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM M. RAYA,

    Petitioner,                   No. 2: 11-cv-2340 EFB P

    vs.

RONALD GROUNDS,

    Respondents.

_____/

ADAN M. RAYA,

    Petitioner,                   No. 2: 11-cv-2557 KJN P

    vs.

RONALD GROUNDS,                <u>RELATED CASE ORDER</u>

    Respondents.

_____/

        In both actions listed above, petitioner, a state prisoner proceeding without counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a), E.D. Cal. (2011). In both actions, petitioner challenges the validity of his 2007 Shasta County murder conviction.

1   Accordingly, assignment of the matters to the same judge is likely to effect a
2   substantial saving of judicial effort and is also likely to be convenient for the parties.

3   The parties should be aware that relating the cases under Local Rule 123 merely
4   has the result that the actions are assigned to the same judge; no consolidation of the actions is
5   effected.  Under the regular practice of this court, related cases are generally assigned to the
6   judge and magistrate judge to whom the first filed action was assigned.

7   Therefore, IT IS ORDERED that the action denominated as 11-cv-2557 KJN P is
8   reassigned to Magistrate Judge Brennan for all further proceedings, and any dates
9   currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on
10  documents filed in the reassigned case shall be shown as 2: 11-cv-2557 EFB P.

11  IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
12  adjustment in the assignment of civil cases to compensate for this reassignment.

13  DATED: October 13, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ray2557.rel