IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAN M. RAYA,

    Petitioner,                    No. CIV S-11-2557 WBS EFB P

    vs.

RONALD GROUNDS,

    Respondent.                 ORDER

                                 /

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has requested that the court appoint counsel. He also requests an extension of time to file objections to the October 20, 2011 findings and recommendations.

There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

Accordingly, it hereby is ORDERED:

1. Petitioner's October 31, 2011, request for appointment of counsel is denied without prejudice.

////

2.  Petitioner's November 7, 2011 request for an extension of time is granted, and petitioner has 30 days from the date this order is served to file objections.

DATED:  November 9, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2